SEPTEMBER 16, 2011          30     MINUTES IN COURT
@ 11:30 AM
CRIMINAL CAUSE FOR STATUS CONFERENCE

BEFORE: JUDGE GARAUFIS

CR 07-641

USA V. SALTSMAN, et al.

COURT REPORTER: RONALD TOLKIN

| DEFENDANTS | ATTORNEYS |
|---|---|
| 1. STEVEN NEWMAN | CHRISTOPHER MEAD |
| 2. EDWARD NEWMAN | NINA GINSBERG |
| 3. MARTIN WEISBERG | ELKAN ABRAMOWITZ |

AUSA: JOHN NOWAK

OTHER: STATUS CONFERENCE HELD; NEXT STATUS CONFERENCE IS SCHEDULED FOR WEDNESDAY, APRIL 4, 2012 AT 11:00 AM. JURY SELECTION AND TRIAL IS SCHEDULED FOR OCTOBER 9, 2012. TIME IS EXCLUDED UNDER THE SPEEDY TRIAL ACT BETWEEN TODAY AND OCTOBER 9, 2012 FOR UNCERTAINTY DUE TO TWO OF THE DEFENDANTS MEDICAL CONDITIONS AND SCHEDULES OF COUNSEL ON CONSENT.